# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF MISSISSIPPI
## EASTERN DIVISION

**AICCO, INC.**                                                                                **PLAINTIFF**

**VS.**                                          **CIVIL ACTION NO. 4:09-cv-00084-DPJ-FKB**

**PAOLI MANAGEMENT GROUP, INC.**
**D/B/A CAPITAL RISK INSURANCE AND**
**PHILLIP H. WILLIS, THOMAS C. DICKERSON, AND**
**SANDRA G. DICKERSON, Guarantors**                    **DEFENDANTS**

## ORDER OF SUBSTITUTION

THIS CAUSE having come on to be heard this day upon the motion AICCO, INC. ("AICCO"), by and through its attorneys, McGlinchey Stafford, PLLC, for the entry by this Court of this *Order of Substitution* pursuant to the provisions of Fed. R. Civ. P. 25(c), and the Court being fully advised in the premises, hereby finds and determines as follows:

1. AICCO, Inc. has filed the instant action as the Plaintiff herein.

2. Since the filing of the Plaintiff's Complaint, Premium Financing Specialists of the South, Inc. purchased the assets of Imperial AI Credit Companies.

3. Premium Financing Specialists of the South, Inc. as successor in interest to AICCO, Inc. has requested that it be substituted for the named party AICCO, Inc. due to the transfer of interest.

4. The Motion is well taken and should be granted.

5. The new Plaintiff in this matter is hereby "Premium Financing Specialists of the South, Inc. as successor in interest to AICCO, Inc."

IT IS THEREFORE ORDERED AND ADJUDGED that Premium Financing Specialists of the South, Inc. as successor in interest to AICCO, Inc., is substituted as the Plaintiff in the

above styled cause of action and the case will continue with Premium Financing Specialists of the South, Inc. as successor in interest to AICCO, Inc. as the Plaintiff.

SO ORDERED on this, the 12th day of May, 2010.

    /s/ F. Keith Ball
UNITED STATES MAGISTRATE JUDGE

Submitted By:

s/ John T. Rouse
John T. Rouse (MSB #101586)
**McGLINCHEY STAFFORD, PLLC**
Suite 1100, City Centre South
200 South Lamar Street (Zip – 39201)
Post Office Box 22949
Jackson, MS 39225-2949
(601) 960-8400
(601) 960-8431 (fax)
jrouse@mcglinchey.com
Attorney for the Plaintiff